IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>Robert Lee Freer, Jr.,<br><br>Defendant. | Case No. 1:19CR75 (LOG) |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT between in or about June 2015 and October 2015, the defendant, Robert Lee Freer, Jr., did knowingly receive one or more visual depictions that had been mailed, shipped and transported in interstate and foreign commerce using any means and facility of interstate and foreign commerce, including by computer, the production of such visual depictions having involved the use of minors engaging in sexually explicit conduct (as defined in 18 U.S.C. § 2256(2)), and such depictions being of such conduct.

(All in violation of Title 18 United States Code Sections 2252(a)(2) & (b) and 2256(1) & (2).)

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

Date: March 8, 2019

By: _____
Whitney D. Russell
Assistant United States Attorney