# Criminal Case Cover Sheet

**FILED:** REDACTED ✓

**U.S. District Court**

**Place of Offense:** ☐ Under Seal

**Judge Assigned:** LoG

City: Haymarket  Superseding Indictment:  **Criminal No.** 1:19-CR-75

County: Prince William County  Same Defendant:  New Defendant: X

Magistrate Judge Case No.:  **Arraignment Date:**

Search Warrant Case No.:  R. 20/R. 40 From:

## Defendant Information:

**Defendant Name:** Robert Lee Freer, Jr.  Alias(es):  ☐ Juvenile  FBI No.:

**Address:** Haymarket, VA

**Employment:**

**Birth Date:** XX/XX/1983  **SSN:** XXX-XX-2567  **Sex:** Male  Race:  Nationality: US

**Place of Birth:**  Height:  Weight:  Hair:  Eyes:  Scars/Tattoos:

☐ Interpreter  **Language/Dialect:**  Auto Description:

## Location/Status:

**Arrest Date:**  ☐ Already in Federal Custody as of:  in:

☐ Already in State Custody  ☐ On Pretrial Release  ☒ Not in Custody

☐ Arrest Warrant Requested  ☐ Fugitive  ☐ Summons Requested

☐ Arrest Warrant Pending  ☐ Detention Sought  ☐ Bond

## Defense Counsel Information:

**Name:** Maria Jacob  ☐ Court Appointed  Counsel Conflicts:

**Address:** 1650 King Street, Suite 500, Alexandria, VA 22314  ☐ Retained

**Phone:** 703-600-0800  ☒ Public Defender  ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

**AUSA(s):** Whitney D. Russell  **Phone:** (703) 299-3700  Bar No.:

## Complainant Agency - Address & Phone No. or Person & Title:

Special Agent Tonya S. Griffith, FBI

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. § 2252(a)(2) | Receipt of Child Pornography | 1 | Felony |
| Set 2: | | | | |

**Date:** March 8, 2019  **AUSA Signature:** [signature]  *may be continued on reverse*